IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mitchell, Annette

Printed: 01/22/09

Case Number: 08 B 01746
Judge: Hollis, Pamela S
Filed: 1/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 24, 2008
Confirmed: March 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,748.62 |  |
| Secured: |  | 900.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,603.76 |
| Trustee Fee: |  | 244.86 |
| Other Funds: |  | 0.00 |
| Totals: | 3,748.62 | 3,748.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 2,603.76 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 4,908.59 | 900.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 2,029.81 | 0.00 |
| 5. | Internal Revenue Service | Priority | 4,415.50 | 0.00 |
| 6. | Loan Express Company | Unsecured | 7.49 | 0.00 |
| 7. | Cash Call | Unsecured | 255.12 | 0.00 |
| 8. | Universal Lenders Inc | Unsecured | 138.86 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 149.21 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 27.96 | 0.00 |
| 11. | Credit Union One | Unsecured | 31.85 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 41.03 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 39.80 | 0.00 |
| 14. | Americash Loans | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | First National Credit Card | Unsecured |  | No Claim Filed |
| 17. | Direct Tv | Unsecured |  | No Claim Filed |
| 18. | Credit Collections Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,526.72 | $ 3,503.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 165.59 |
| 6.6% | 79.27 |
|  | $ 244.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Mitchell, Annette | Case Number:   08 B 01746 |
| | Judge:   Hollis, Pamela S |
| Printed: 01/22/09 | Filed:   1/26/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

